# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

No. 1D17-4881

————————————————

ANTONIO JAMES PRICE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

————————————————

Petition for Belated Appeal – Original Jurisdiction.

March 15, 2018

PER CURIAM.

The amended petition seeking belated appeal is denied on the merits.

WOLF, LEWIS, and JAY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Antonio James Price, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Respondent.